

# KENNY NACHWALTER

Direct Line
(305) 381-7472
E-Mail
wblechman@kennynachwalter.com

1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4327
TELEPHONE 305.373.1000
FACSIMILE 305.372.1861
WWW.KENNYNACHWALTER.COM

October 23, 2009

The Honorable David D. Dowd, Jr.                                              *Via ECF*
U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO
402 United States Court House
Federal Building
Two South Main Street
Akron, OH  44308-1818

>  Re:   *The Goodyear Tire & Rubber Company*
>        *v. Dow Deutschland GmbH & Co., OHG, et al.*
>        *Case No. 5:08-cv-1118 (DDD)*

Dear Judge Dowd:

    In accordance with the Court's Order dated October 22, 2009, today we are filing a brief in support of Plaintiff Goodyear's position regarding the settlement agreement with Shell.

    I am writing separately this morning to respond to an inquiry by the Court during the telephone conference last Thursday.  (I have been out of town from Wednesday afternoon until Sunday evening.)  In the context of addressing the allocation of time for the deposition of Mr. Vogelzang, a non-party witness, Your Honor asked as I recall whether there was a witness statement that would allow the parties to conduct the deposition more efficiently.  Before I could answer, one of the defense lawyers interrupted and then the Court quickly changed the subject and focused on the settlement agreement issue before ending the call.

    We have a declaration from Mr. Vogelzang a copy of which we provided to defense counsel via Federal Express for delivery today.  The declaration addresses Mr. Vogelzang's participation in cartel meetings and his dealings with Goodyear.  In response to the Court's question, we believe that the declaration will assist counsel on both sides to examine Mr. Vogelzang more efficiently.

| TENNESSEE OFFICE | TEXAS OFFICE | WASHINGTON SATELLITE OFFICE |
|---|---|---|
| 215 WEST BROADWAY STREET, SUITE D | ONE CONGRESS PLAZA | 1101 PENNSYLVANIA AVENUE, N.W., 6TH FLOOR |
| ROGERSVILLE, TENNESSEE 37857-3280 | 111 CONGRESS AVENUE, SUITE 1060 | WASHINGTON, D.C. 20004-2436 |
| TELEPHONE 423.272.5300 | AUSTIN, TEXAS 78701 | TELEPHONE 202.756.4373 |
| FACSIMILE 423.272.4961 | TELEPHONE 512.480.8023 | FACSIMILE 202.756.7323 |
|  | FACSIMILE 512.480.8037 |  |

**The Honorable David D. Dowd, Jr.**  October 23, 2009

**Page 2**

Respectfully,

*[signature]*

William J. Blechman
Counsel for Plaintiff Goodyear

WJB:ll

cc:   Defense counsel (via ECF)
      and e-mail

371324.1

KENNY NACHWALTER, P.A.